UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* DEBORAH MAGUIRE, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )   Civil Action No. 02-11436-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Omnicare, Inc. ("Omnicare"), and relator Deborah Maguire filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the other papers on file in this action,

IT IS HEREBY ORDERED that:

1. Consistent with the terms of the Settlement Agreement executed by the United States, Omnicare, and the relator (the "Settlement Agreement"), all claims asserted on behalf of the United States in this action for the Covered Conduct as defined in Preamble Paragraphs I(3) and I(4) of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted on behalf of the United States in this action shall be dismissed with prejudice to the relator and without prejudice to the United States.

2.  No claim or allegation other than those specifically identified in the Stipulation and herein shall be dismissed at this time.

Done this 3d day of November, 2009.

*/s/ Richard G. Stearns*
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE